LAW OFFICE OF MICHAEL J. AED
Michael J. Aed, Esq. #204090
2115 Kern Street, Suite 1
Fresno, CA 93721
(559) 825-4600
michael@legalaed.com

Attorney for Defendant
EVER MEMBRENO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EVER MEMBRENO,<br><br>Defendant | Case No.: 1-18-CR-00207-NONE-SKO<br><br>STIPULATION TO CONTINUE OCTOBER 1, 2021 SENTENCING; ORDER.<br><br>DATE: OCTOBER 1, 2021<br>TIME: 9:30 A.M.<br>COURT: HON. DALE A. DROZD |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record, that the parties October 1, 2021 sentencing hearing may be continued to 9:30 A.M. on October 22, 2021.

The parties (AUSA and Defense Counsel) base this stipulation on good cause as follows:

Ever Membreno is currently set for sentencing at 9:30 A.M. on October 1, 2021. He is in custody and has been since his initial arrest on August 30, 2018. Defense counsel, Michael Aed, and AUSA, Ross Pearson, have been in communication with one another. AUSA is currently in trial on another matter which makes him unavailable for sentencing to proceed on October 1, 2021. Additionally, Defense counsel is still in the process of receiving and translating letters to be submitted to the Court on behalf of Mr. Membreno for sentencing purposes.

STIPULATION TO CONTINUE OCTOBER 1, 2021 SENTENCING; ORDER. - 1

For the reasons stated above, the stipulated continuance will conserve time and resources for both parties and the court, and the delay resulting from this continuance shall be excluded in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(A) and §3161(h)(7)(B)(ii).

Dated this 27th day of September, 2021.

/s/ Michael J. Aed
Michael J. Aed
Attorney for Defendant
EVER MEMBRENO

PHILLIP TALBERT
Acting United States Attorney

/s/ Ross Pearson
ROSS PEARSON
Assistant United States Attorney

STIPULATION TO CONTINUE OCTOBER 1, 2021 SENTENCING; ORDER. - 2

**ORDER**

IT IS SO ORDERED.

Dated: **September 27, 2021**  
_____  
UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE OCTOBER 1, 2021 SENTENCING; ORDER. - 3